No. 82–5547. CHRISTIAN *v.* ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 82–5548. WHITE *v.* ELLISON ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5551. HERMAN *v.* DUCKWORTH, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 82–5553. IN RE FIACCO. C. C. P. A. Certiorari denied.

No. 82–5554. CRONIC *v.* CHAMBERS LUMBER CO. Sup. Ct. Ga. Certiorari denied.

No. 82–5557. SALAH *v.* REDMAN, SUPERINTENDENT, DELAWARE CORRECTIONAL CENTER, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5561. MILLER *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 82–5563. ROBINSON *v.* JEFFES, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION, ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–5568. READ *v.* DELAWARE STATE BAR ASSN. ET AL. Sup. Ct. Del. Certiorari denied.

No. 82–5572. BRYANT *v.* CHERRY ET AL. C. A. 4th Cir. Certiorari denied.

No. 82–5636. DANIELS *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 82–5653. ANTONELLI *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 82–5656. SLOAN *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.